IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AYESHAH LACY, CRAIG LACY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-772 |
| | : | |
| ARTHUR J. BACCI, MICHAEL W. GRIFFITH, MORTGAGE ELECRTONIC REGISTRATIONS SYSTEMS, INC., DOES 1-5 | : : : : | |

# ORDER

**AND NOW**, this 5th day of April 2024, upon considering the non-parties' Motion to remand and dismiss (ECF No. 11), absent a timely response, and for reasons detailed in today's accompanying Memorandum, it is **ORDERED**:

1. The Motion to remand (ECF No. 11) is **GRANTED** requiring the Clerk of Court **forthwith remand** the improperly removed actions 2009-17734 and 2023-00593 (ECF No. 6) to the Montgomery County Court of Common Pleas;

2. The Motion to dismiss (ECF No. 11) filed on behalf of unnamed unserved parties, is **DENIED** as unripe without prejudice to named parties Arthur J. Bacci, Michael W. Griffith, and Mortgage Electronic Registrations Systems, Inc. responding after service on or before **May 28, 2024**; and,

3. We will dismiss the remaining federal allegations not today remanded to state court for lack of prosecution absent timely proof of proper service upon the named parties.

**KEARNEY, J.**