IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AYESHAH LACY, CRAIG LACY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-772 |
| | : | |
| MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., DOES 1-5 | : | |

# ORDER

**AND NOW**, this 10th day of July 2024, upon considering Michael W. Griffith's Motion to dismiss (ECF No. 21) absent a response, noting Plaintiffs did not move for default as to Arthur J. Bacci consistent with our June 13, 2024 Notice (ECF No. 20), and for good cause, it is **ORDERED** we:

1. **DISMISS** Plaintiffs' claims against Arthur J. Bacci without prejudice for lack of prosecution consistent with our June 13, 2024 Notice (ECF No. 20);

2. **GRANT** Michael W. Griffith's Motion to dismiss (ECF No. 21) requiring we **DISMISS** Plaintiffs' claims against Michael W. Griffith without prejudice for reasons in today's accompanying Memorandum; and,

3. **AMEND** the caption as above reflecting the remaining Defendant pending our review of its Motion to dismiss (ECF No. 25).

KEARNEY, J.