# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYESHAH LACY, CRAIG LACY | : CIVIL ACTION |
| | : |
| v. | : NO. 24-772 |
| | : |
| MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., DOES 1-5 | : |

## ORDER

**AND NOW**, this 23rd day of July 2024, upon considering Mortgage Electronic Registrations Systems, Inc.'s Motion to dismiss (ECF No. 25), absent a response, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant Mortgage Electronic Registrations Systems, Inc.'s Motion (ECF No. 25) requiring we:

1. **DISMISS** Plaintiffs' claims against Mortgage Electronic Registrations Systems, Inc. with prejudice; and,

2. **DIRECT** the Clerk of Court forthwith **close** this case as all filed claims against all served parties have been finally resolved in this Court.

_____
KEARNEY, J.